# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In Re: Raymond Fajardo and Dara Lynne Fajardo,**

**Debtors.**                                             **No. 06-11239**

## REPORT TO THE COURT ON UNCLAIMED
## FUNDS DEPOSITED INTO THE COURT REGISTRY

COMES NOW the Trustee in Bankruptcy, Clarke C. Coll, and hereby reports to the Court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, the Trustee will deposit the total sum of one thousand, one dollars and 19/100 dollars ($1,001.19) to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following creditor, for the following reasons, and in the following amount:

$1,001.19

Funds returned by creditor

> *Clarke C. Coll/S/Submitted Electronically*
> Clarke C. Coll, Trustee
> P O Box 550
> Roswell, NM 88202
> (575) 622-5440

This will certify that a true anc correct copy of the above was delivered via CM-ECF to the US Trustee on this 8th day of December, 2009.

> *Clarke C. Coll/S/Submitted Electronically*
> Clarke C. Coll

S:\01CCC\Trustee Asset Cases\Fajardo\Report of unclaimed funds.wpd