# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In Re: Raymond Fajardo and Dara Lynne Fajardo,**

      **Debtors.**                      **No. 06-11239**

## REPORT TO THE COURT ON UNCLAIMED
## FUNDS DEPOSITED INTO THE COURT REGISTRY

COMES NOW the Trustee in Bankruptcy, Clarke C. Coll, and hereby reports to the Court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, the Trustee will deposit the total sum of one hundred thirty-five dollars and 96/100 ($135.96) to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following creditor, for the following reasons, and in the following amount:

$73.51 check to Citibank (South Dakota) N.A. - Check never cleared.

$62.45 check to Universal - Check never cleared.

The above referenced checks were issued on July 28, 2010. Trustee made attempts to contact creditors, without success.

                                             *Clarke C. Coll/S/Submitted Electronically*
                                             Clarke C. Coll, Trustee
                                             P O Box 550
                                             Roswell, NM 88202
                                             (575) 622-5440

This will certify that a true anc correct copy of the above was delivered via CM-ECF to the US Trustee on this 7th day of June., 2011.

                                               *Clarke C. Coll/S/Submitted Electronically*
                                               Clarke C. Coll

S:\01CCC\Trustee Asset Cases\Fajardo\Second Report of Unclaimed Funds.wpd